CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAY 22 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

EAST TENNESSEE NATURAL GAS, LLC,    )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )
                                    )
2.73 ACRES IN TAZEWELL COUNTY,      )        Civil Action No.
 VIRGINIA, VIRGINIA HOLDING         )        1:06-cv-00036
 CORPORATION and UNKNOWN OWNERS,    )
                                    )
        Defendants                  )

## ORDER

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable

Pamela Meade Sargent, United States Magistrate Judge. The Magistrate Judge has

filed a report recommending that the Court bifurcate the proceedings regarding the

plaintiff's right to condemn and motion for immediate possession from the just

compensation proceedings, finding that the plaintiff has a right under the Natural Gas

Act to condemn the property at issue and granting the plaintiff's motion for

immediate possession in this case. Objections to the report and recommendation have

been filed, and the court, upon *de novo* review of the record, is of the opinion that the

report should be adopted with regard to the above-styled case. It is, accordingly,

**ADJUDGED and ORDERED**

that the Magistrate Judge's report and recommendation be **ADOPTED** with regard to the above-styled case.

It is **FURTHER ORDERED** that East Tennessee Natural Gas, LLC, ("ETNG"), is granted a preliminary injunction against the above-named defendants allowing ETNG to take immediate possession and use of an easement and right-of-way "to construct, operate, and maintain" the Jewell Ridge Lateral Pipeline Project and for the location of the "equipment necessary to the proper operation of such pipe line" as approved by the Federal Energy Regulatory Commission's February 8, 2006, Certificate of Public Convenience and Necessity and as specifically identified in the complaint and the attachments to the complaint filed in this case.

The Clerk is directed to send certified copies of this Order to all counsel of record.

**ENTER:** This the 2nd day of May, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE